FILED 29 JAN '14 16:24USDC-ORP

**UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case. No. 3:14-cr-45-KI |
| Plaintiff, | INDICTMENT |
| v. | |
| TAQUARIUS KAREAM FORD ("Cameron") and KONIA PRINSTER ("Laney"), | 18 U.S.C. §§ 1591 and 1594 |
| | UNDER SEAL |
| Defendants. | |

THE GRAND JURY CHARGES:

### COUNT 1
### Sex Trafficking Conspiracy

On or about and between September 2011 and June 2012, in the District of Oregon and elsewhere, **TAQUARIUS KAREAM FORD** and **KONIA PRINSTER**, defendants herein, did conspire with one another, in and affecting interstate commerce, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, persons, including "J.D.," "T.H.," and "E.H.," knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), and 1594(a) and (c).

### COUNT 2
### Sex Trafficking by Force, Fraud, and Coercion

On or about and between December 2011 and February 17, 2012, in the District of Oregon and elsewhere, **TAQUARIUS KAREAM FORD** and **KONIA PRINSTER**, defendants herein, did knowingly and attempt to, in and affecting interstate commerce, recruit, entice,

harbor, transport, provide, obtain, and maintain by any means, a person ("T.H."), knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), and 1594(a) and (c).

## CRIMINAL FORFEITURE ALLEGATIONS

Upon conviction of one or more of the offense listed above, **TAQUARIUS KAREAM FORD** and **KONIA PRINSTER**, defendants herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

DATED this 29th day of January 2014.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

*/signature/*
STACIE F. BECKERMAN, OSB #062397
Assistant United States Attorney

GLEN H. UJIFUSA, JR., OSB #065355
Special Assistant United States Attorney

INDICTMENT - *United States v. Taquarius Kaream Ford and Konia Prinster*           Page 2