"Denial of a Pimp"
By: Taquarius Ford

PREFACE
1. The Condom is Money
2. Magic Money
3. Denial
4. Pimp Tutorial
5. Motivation
6. Denial Part 2
7. F.Y.I.
8. Denial Part 3
9. Pimp Superheroes
10. The Fetish
11. Hotels versus Motels
12. Can't Buy Me Love
13. Keep Your Mouth Shut
14. Outcalls to Hotels
15. Miss Independent
16. Pimp of the Decade
17. Think Outside Her Box
18. Outcall to Hotels
19. Where's The Honor
20. The Secret, the Lifestyle, the Addiction
21. Solving & Evolving
22. Pursue & Tattoo
23. Betta Fish and the Bottom Bitch
24. Characteristics of a Good Bottom Bitch
25. Choosing the Right Girl to Knock
26. The Town
27. When It Hurts So Bad
28. Take Risk, Have a Plan & Move On
29. Gifted & Talented
30. OllyOlly Oxen Free
31. I Got Game
32. Persistence is the Key
33. Decisions - Decisions
34. Positive Thoughts
35. The Farewell
Epilogue

**PREFACE**

Growing up my father taught me that if a girl's finger nails are dirty then she is probably dirty herself. "If she doesn't take care of her cuticles which everyone can see, than she probably doesn't take care of her vagina either." It's the little things I look for when trying to knock the right girl for my ever growing stable of women. It's not just about sex and breast, butts or nuts. "No sir, not with me." I am very meticulous when it comes to brains, hygiene and mannerism, which then are accompanied by the finest of living. When a woman graduates my "University of Escorting" she'll walk away with a bachelor's degree in finance, a minor in business and a master's in sex education.

I'm hard on a bitch because it's hard to get rich. This is my story of tough love, muddled by puddles of tears all while chasing bags of tax free money.

I loved this game! God knows she was good to me. However God has been even better. I hope he forgives me for my sins and my binge obsession with an industry of fornication, adultery and promiscuity. How can anyone other than God judge me? Even Jesus conversed with a prostitute or two in the hopes that she would one day get out of the business.

The words contained within this book are my moments of clarity, closure and my true story. How can I be a Pimp? I'm just me.

**CHAPTER 1**

*"The Condom is Money"*

When I buy condoms I look for the biggest supply the store has to offer. I usually buy a 40 pack of either Lifestyle or Trojan and I always buy two to three boxes at a time. I once even signed up for a business account at Costco just so I could buy in bulk the 100 pack boxes. No I don't have a condom obsession! However, I do love money. It's simple. I buy so many condoms because each condom represents $300 dollars. See the girls that I work with charge $300 plus per hour and since I am a man of safety and disease control, and well I'm also a man of class and fine taste. For every 40 pack of condoms that my girl goes through, that's $12,000 dollars per box. So, forty clients and forty condoms and the box probably cost around twenty bucks. By the end of the day it's all profit!

It is definitely a subliminal thing and also something I share to motivate my girls. For instance, I told my main girl that I would buy her a BMW X3. She was actually begging me for one. I had her do some research on car pricing and she estimated the price of the Beemer was roughly 35-40k. I then told her "That's only three boxes of condoms, Baby if you want the BMW it can be yours quick and simple." She was so excited that she had me drive her to the store that same day so she could buy condoms, and since I am a man who takes full advantage of an opportunity and a woman's work ethic we actually ended up buying six boxes. Truth is she went through all six boxes of condoms in less than 2 weeks. Not only did she get a new X3 but I also got a matching X5. That's teamwork, motivation, easy math and a whole lot of money!

*"NICE!"*

*"Formal education will make you a living but self-education will make you a fortune." - Jim Rohn*

## CHAPTER 2
*"Magic Money"*

I love inspiring my girls, especially when they take trips out of town. I'd always stuff a wad of one dollar bills into their purse before dropping them off at the airport. I did this as a way to encourage her. I would give her one hundred - one dollar Bills. I told her she had the power to make magic happen. I'd say, "Baby, a bankroll that heavy feels nice doesn't it, but what can you buy with a measly stack of one dollar bills? Not even buy a plane ticket back home." I told her to match that wad of one dollar bills with that of One Hundred Dollar Bills and that's $10,000 Dollars. "You can fly to any state, country or continent with that kind of money." Then I'd tell her that she was the female David Copperfield. I used to call them Daisy Copperfield's. They just loved being my little magicians. I'd say "Go catch that flight and make daddy some magic money!" About a week later they would return so happy and excited. My girls would pull money from everywhere, their bra, their purse and even from the inside their panties. Not to mention all the Western Union receipts I collected throughout the week. Inspiration is a big key to becoming a successful person.

*"It's funny, words have no wings but they can fly thousands of miles" - Korean Proverb*

## CHAPTER 3
*"Denial"*

I'm not a Pimp! I'm a businessman. I guess it's similar to Jay-Z saying he's not a rapper he's a hustler. In reality Jay is just a hustler who happens to rap. I am just a businessman who happens to cater to businessmen. I have nothing against the word pimp, I have nothing against people who label themselves as pimps, but I'd prefer not to classify myself as one. Now, if someone were to say to me "My clothes are pimp, my jewels are pimp or even that's a nice pimped out Mercedes S-Class that I do drive," then that's fine. I will except and admit to all of those things, but I just won't label myself as one. (Pimp)

One of my all-time favorite movies is a film called "Can't Buy Me Love." It portrays a teenage kid who was looked at like a looser, a wimp and class geek, until one day he gave the most popular girl in school one-thousand dollars for her to go out with him. He promised her that his proposition would make him the coolest amongst his peers. He also told her that she had the influence to make him a star. He was right! He tricked his bread and it made him the school king. It also bailed her out of the financial dilemma she was having. You see how powerful the trade for money and companionship is. Though this example is based on fiction, the fact remains, with or without a pimp most people will do what they need to do to survive. Me, I'm just a middle man and sometimes both parties need that.

*"One hand washes the other but both hands wash the face." -Ancient Proverb*

## CHAPTER 4

"Pimp Tutorial"

Here is a little history on the word "Pimp" The word *Pimp* first appeared in English in 1607. It is believed to have stemmed from the French infinitive *"Pimper or Pimpant"* meaning to dress up elegantly, alluring or seductive.

So here we have a word that was derived from being fashionable, attractive and seductive. Ok I'll take that all day! Unfortunately however, American culture looks at the word Pimp or Pimps as being anything but stylish and elegant!

Now here's the Reference-Dictionary definition of the word pimp. I just want you to understand this is what society now thinks of the word. It went from meaning "elegant" in 1607 to something altogether opposite in present day.

***Pimp*** - *noun*

1. A man who solicits for a prostitute or brothel and lives off the earnings.

2. A man who procures sexual gratification for another; procurer; pander.

Notice in the definition, it says "a **Man** who solicits, a **Man** who procures etc. etc." How come it doesn't say a woman? Most of the biggest "So called pimps" are woman, the madams, the bookers and the mistresses that run the majority of sexploitation industries.

*"The women who take husbands not out of love but out of greed, to get their bills paid, to get a big house and clothes and jewels, the women who marry to get out of a tiresome job or to get away from relatives, or to avoid being called an old maid - These are all whores in disguise. The big difference between them and my girls is that my girls are Honest." -Polly Adler*

## CHAPTER 5

*"Motivation"*

Motivation is a huge factor for keeping a stable of women or even just one girl at a time. You should constantly let your girls know how beautiful they are and how much they mean to you. You must let them know on a consistent basis that they won't be turning tricks forever, and by all means you must let them see you doing positive things with the money. You must have solid goals, plans and achievements. For instance, I always tell my ladies they're business partners in any new venture I start. I let them know that companies like Merrill Lynch and JP-Morgan don't have shit on them. I say "Baby you're a Venture Capitalist" and then I explain to them the meaning of venture capitalism.

Do remember, most people want to feel like their part of something. Whether it's in the escort business or just life in general, no one wants to be left out. This is something that is planted in our genes even as youngsters. Why do you think children cry when they're not picked for the kickball team in elementary school, also why are there so many different types of clicks and social groups in our school system? If you're not accepted into this particular crowd then

eventually you'll be accepted or acknowledged by another. It's the same thing with escorting. This is why so many girls jump from pimp to pimp and manager to manager. No one wants to be with a looser and everyone wants to be on the wining team!

I have knocked so many girls on the strength of motivation. For example, materialistic possessions can be huge factors in my recruitment strategy. As soon as the newbie see's my car or how big my house is, "I got her!" Essentially what I do is; I'll invite her to one of my homes. I let her relax in the Jacuzzi or ride around in the Bentley. "Ya know, take a real load off." This allows her to feel just how good life can potentially be. I also let her know that she'll going straight to the top if she were to choose a winner like myself. Sometimes that's all it takes to seal the deal. However most of the time it boils down to me being honest and making sure she knows just how strong her potential is. Sometimes I have to dig and dig to find their desires and ambitions but eventually they always open up. I motivate all women that I come across, because in doing so the benefits are prosperous for everyone!

*"You've GOT to use your Vernacular to let her know she's Spectacular!" -Sandford the Pimp*

## CHAPTER 6
*"Denial Part 2"*
*Why I don't like to be called a Pimp?*
I don't like to be called a pimp because that's not who I am. Yes, I dress my ass off and my talk is mean. Yes, I do have girls that are employed by me. Yes, I do generate income from and for those girls that I employ and Yes, I do offer the services of my girls to gentleman and woman clientele. I guess I have all the characteristics of a modern day Pimp. However, I am simply a businessman.

 My father always taught me to be original in whatever I do. He would tell me, "Don't follow any man son, be your own man, set your own style and trends and even your own slang." So that's what I have circum to in this form of business. The majority of Americans think of pimps as being black men who wear minks dragging the floor, that dress in alligator shoes, feather hats and loud clothes that take advantage of naïve girls and send them on a wild goose chases or exploit them for money. "Wrong, wrong and wrong!" I hate stereo types, so to save myself the categorizations of a Pimp, I distance myself from it.

*"The game and I are like love and marriage, they go hand in hand but they are two totally different things." -Taquarius*

## CHAPTER 7
*"F.Y.I. - For Your Information"*
I have never forced any girl into working. The majority of females that I deal with were already looking for a better life before I ever met them. What most people, law enforcement and religious groups don't realize is that these women enjoy the perks just as much as I do. You think they don't love the lavish gifts and vacations? You think they don't enjoy the Valet, limo

and car services, five-star restaurants, hotels and shopping sprees at Neiman's "Ha, guess again!"

Most girls who are not associated with this business will usually have sex with a guy for little to nothing at all anyway. Just last week I met a square girl who told me she had intercourse with some guy she had just met. It was their first date, he took her to Taco Bell and she didn't even orgasm from the sex. I saw this as an opportunity! I explained to her that she ought to "Get paid, to get laid" and the money she would make escorting would last a lot longer than any orgasm. Of course she made the right decision and chose to come along with me. We are now on our way to Albuquerque, New Mexico and I am writing this chapter from a Gulfstream G6. She already has an appointment lined up with the owner of a computer Intel company. He wants to see her for 5 days at the rate $15,000 dollars. This is a prime example on how fast the money comes in. Within the first 72 hours of meeting her, she's already made me enough cash to pay off my nephew's Christian School tuition for the year. My only concern now is how I can kick the habit and go cold turkey?

*"Waste your money and you're only out of money, but waste your time and you've lost a part of your life". -Michael Leboeuf*

## CHAPTER 8
*"Denial Part 3"*
*Why do I stay away from the pimp categorization?*
It's simple basic old fashioned history! When you look at the history of pimps, it is very similar to that of a drug dealer or thief. There seems to be only a few options out of the game.  Most old school pimps that I know personally are either broke, locked up or addicted to some form of drug or alcohol. There is no retirement plan for a pimp. However there is always a retirement plan for a businessman. With the income that I've accumulated in the escort business I have started over 5 companies and corporations, I even sold one company internationally for six figures. I've gotten 2 patents and legitimized every dime that I've earned.

Unfortunately most pimps today live strictly for the moment. I'm not saying don't ride nice or dress fresh. All I'm suggesting is to "save a little extra." My lady used to call me a black Jew. I would save and save money. It used to drive her nuts! I had a two box condom rule. I wouldn't spend any money unless it was for a hotel, placing ads or on food until we went through at least two boxes of condoms. Then after the box was empty we'd splurge ten condoms which equal 3G's, maybe on a Gucci or Ferragamo purse for my girl, some nice clothes or a mini vacation like Palm Springs or somewhere swanky for the weekend.

A lot of Pimps and managers, they make themselves hot. Trying to make a name in the game can get you slain. Get in and get out!

Look at the ones who got greedy. Banknote the pimp got desperate. He went after a minor while on the run for pandering. Heidi Fleiss got super greedy, she was making $50,000 per week, she even had cops on the payroll and they warned her to slow down, she didn't listen.

She was caught up with the lifestyle. She got eight years for pandering and obstruction of justice. Then there was the DC madam who was keeping tabs and notes on the clientele that her girls saw, how stupid was that. They found her dead in her 2.3 million dollar Mansion outside of DC "Tragic story." Can't forget about my man Ivory the pimp who owned the biggest brothel in New York City, he was making 10k a day. He got set up by his bottom bitch all because he was fucking another bitch she didn't like. The Feds now had a key witness in whom was willing to snitch for revenge. Ivory could have easily gotten out the game.

This is why I prefer to keep a small operation, stick and move so nobody knows what I do. Furthermore, this is why I've never liked to be categorizing as a pimp!

*"Life isn't categorized into comedy, drama or action, well then how can you categorize him as a Pimp?" -Kanstantsia*

**CHAPTER 9**
*"Pimp Superheroes"*
Don't get me wrong, there quite a few pimps who have made it out the game and are doing very well for themselves. Case in point Dennis Hof, owner of the Cat House and star of HBO's the Bunny Ranch series. Here's a white guy who seized an opportunity. He got his business license in the State of Nevada, took over an old rundown home and made a fortune serving blondes and brunettes to truckers and millionaires. Talk about an American hero, the guy plays golf with Larry King and Hugh Hefner. Ice T is another one. He went from pimping to rapping and selling millions of albums to a hit TV show. "Nice!" Also an urban icon, Pimpin Ken one of the greats of our generation. He had an awesome run during the eighties, nineties and new millennium decades. "From the Ghetto Streets to the Executive Suites baby!" Another inspiration is Magic Don who made it cool to incorporate the word and place "Church" as a positive phrase of communication and because of it I have seen Red Neck and Aryan brothers say to one another, "Church." That's positive language at its best. Can't forget about my man Carlito from Puerto Rico, he's another good friend of mine who now owns a chain of KFC restaurants and miniature golf arcades in Buffalo. Here's a pretty boy who got all the ladies and stacked a lot of paper. The list goes on and on, but what these guys all have in common is they let their money work for them. They got in, handled business and got out or either stayed in the business and went the legal route. That's Pimping at its best! *"-Church"*

*"The fundament of a superhero is the guy in tights saving innocent people from bad things. It's funny how nowadays the girl in tights saves the widower or divorced guy from being alone on a Friday night, hookers to the rescue." -Dennis Hof*

**CHAPTER 10**
*"The Fetish"*
A client sent my main girl an email stating he didn't want full service but that he was more interested in "Fetish." He asked if she catered to brown showers or golden showers and if so he would pay her $2000 dollars for the deed. I caught a glimpse of their conversation. Just as she was typing her response and about to send the reply to his request, "Gross you're a weirdo," I

stopped her just in time. I told her "Never turn down legal money! Since when is it illegal to piss or shit on someone? We get shit on every-day in this white man's world." I told her to take the call and if she didn't like the experience I would never ask her again. She agreed. The trick wrote her a message saying "Please don't shit all day, please hold it in for me!"

The appointment was scheduled for 11pm. We had dinner, drinks and dessert around 8. I got my girl nice and full so she could do her job later in the evening. After dinner I dropped her off at the hotel. Her client showed up on time. To her surprise it was a handsome guy in his mid-30's and really polite. She said he seemed normal. First he wanted her to pee in a cup "easy" she did that with no problem. She said the guy whisked her urine around the glass as if it were fine wine, he then gargled, held it in and drank half the glass. She tried not to laugh. She smiled seductively and acted like she was turned on. She said the guy was getting hard in his underwear as he took shots of her pee, as if it were the liquid version of Viagra. He quickly finished his drink and she gave him mouthwash. He then requested they go into the bathroom.

He asked if she was ready to take a shit and she said "yes" and that she had been holding it in since 3pm that afternoon. He was so excited. She said he was stroking his cock with anticipation. He laid down in the bath tub and asked my girl to squat over him. She stood over his stomach and bended her knees in a chair like position. Just as she was about to drop the brown bomb he stopped her and asked if she could do it in his mouth. She raised her voice and said "Hell No!" Then he told her he would give her an additional $1000, "hmm" she quickly thought about it and agreed. She backed up a couple of inches and with her face toward his feet and her ass over his face she dropped 3 large loads in his mouth. The guy was stroking his cock and came all over him himself. She gave him a towel and watched as he swallowed her feces. She ran out the bathroom, as the scene almost made her puke. After the guy cleaned himself up and gave her the additional 1k, this is what he said and I quote "I could tell you had a Cob Salad with ranch dressing and Buffalo wings, delicious when I can taste you again." "Yuck!" She thought to herself. She shut the door in disgust, yet excited she called and told me about the extra one-grand she got out of him. This was her first and last brown shower. We later invested that $3000 dollars into flat screen TV's for our yacht. Moral of the story is, never turn down legal money, no matter how dirty it gets.

"I Don't Give a Shit!"

## CHAPTER 11
*"Hotel versus Motel"*
I hate Motels! When I was 12 my friend "Rich" was stabbed and robbed at a Motel. The culprits watched as he checked in, parked his car and walked to his room. They peaked in through the blinds outside and watched him as he conducted his business and while he counted his money. Then, they busted down the door, robbed him and stole his money and his work. I went to visit Rich in the hospital 3 days later. He told me I was a brave kid for coming to see him, he also told me that he was thankful to be alive, but the last thing he said was, "Never conduct business in a Motel." He said "You might as well pitch a tent and invite an audience. There is no privacy,

there's no alone time. It's an open forum for viewers of all aspects of life." That stuck with me and later when I delve into the escort business I understood why.

To this day I never book my girl into motels. Hotels are all together better environments! Motels are open invitations to be surveilled upon. It's like taking a shower at a fire hydrant, everyone can see you! They can see who comes in and out of your room, what time he arrived and what time he left. Old school pimps used to knock and recruit girls this way. They would catch a girl off guard, wait for her pimp to leave and then they'd infiltrate acting as a trick or either ran enough game to pull her right out of that motel into his car. Motel management is always nosey and it's usually a lot of foot traffic which could also catch the attention of the neighborhood patrolmen. Stay away from motels!

Me personally, I prefer 3 to 5 Star Hotels. It's only right because my girls charge $300 to $500 dollars per hour. Not only is it better ambiance but it also makes the client comfortable. There's a greater chance he'll return to see her because he knows it's a safe place. Most hotels have security and video monitoring. People tend to think twice about doing foolish things when their face is on camera. Room service is another option. If my girl has a full schedule for the day, she can always order up. Most upscale hotels offer valet parking. This is good because the valet attendant records the license plate of the car driven by the trick. These are all added bonuses to insure the safety of my ladies. I would always book rooms facing the parking lot. I did this so my girl could get a peek of the car her client was driving. She would always find out prior to the date just to make sure it wasn't a marked car or sting vehicle.

If you are just starting in this business and have to absolutely use a motel, make sure you get in, stack up for that day and get out. If you're a good manager you should have your girl in a nicer establishment within the next 24 hours. When in doubt, go to a hotel.

*"Eliminating what is not wanted or needed, is profitable in itself." -Philip Crosby*

## CHAPTER 12
*"Can't Buy Me Love"*

Rapper Nas said it best in his song "Blaze a Fifty," and I quote. "It's easy to get the pussy just don't fall in love - Next thing ya know I'm hugged up with this bitch in the tub." I always have to remind young pimps, business acquaintances and even myself that in this game we must keep dough over a hoe, bread over head and cash over ass. I have seen so many good pimps get side tracked because they knock a beautiful girl and then they fall in love with her. They end up being the trick and the girl ends up controlling the relationship.

When I first started in this game I was green as a lime. I was the driver for a beautiful Asian girl. She had the sexiest lips and the juiciest ass I ever did see, especially with her being Korean. She had a perfect pair of 34c breast. She went by the name Kiwi. I would post ads for her and she would answer the phone when tricks called. We made a good team. We would do outcalls from 7pm until 7am and we racked up nice. The down-side is I was only taking a 30% percent cut.

She was also one of the first girls I ever worked with and the second girl I ever knocked. I was still a bit inexperienced and not knowing at the time that if I took thirty percent or one-hundred percent, it would still has the same felony consequence, but since I didn't know I didn't care. I was just happy that I got to fuck her every day before we started work. We would make 2 to 3 thousand every night faithfully. The phone would be jumping. We lived together in the W Hotel for about a month or so and that's when I started noticing how fast my money was going. I was paying for the room as well as the gas for the car. I paid for the ads I posted and I even paid for most of the clothes when we went shopping. All the while she was just stacking her money. Combined we were making about 15G's per week, but my cut was only $4500 and after all the expenses I was left almost broke. Until one day an old school P friend of mine named Valentine pulled me to the side and told me "Never take a percentage man, since when does a hoe pay you tax on your hard work." He told me the consequences would be devastating if she got pinched. He told me I shouldn't even be having sex with her until she puts all the money in my hand. He called me a sucker for love and said she fucks and sucks guys all day and then I go hug, cuddle and lay up with her. I listened as he continued preaching, "On top of all that, you give her 70 % percent of the hard earned money you make." He said I was one step away from being a trick and two steps from him knocking my girl.

I thought about everything he said and he was right. I was taking all the risk! If something were to happen to her, the cops wouldn't care if I was just her driver. If she got picked up for hooking who was going to bail her out? She kept her money separate, not to mention I was broke and spent out. My only source of income was her. I didn't even have a stash spot or any money hidden away. It was all starting to make sense. I meditated on what Valentine had told me. Later that evening Kiwi and I went to our outcalls as usual but instead of her holding the dough, I told her to give the money to me. I told her it was not safe for her to take cash around clients or strangers and that I didn't want her to get robbed. She agreed and said "smart choice." Already I could feel the fire in me as that got her attention. She checked me all the money that night, right after every call.

When we got back to our hotel, I told her some changes had to be made and that I'd be holding all the money from now on! She was quiet. I continued talking and said "Essentially I'm taking most of the risk and doing most of the work." I let her know how hard it was for me to screen those calls and how I had to make sure these tricks aren't rapist and how tired I'd gotten from driving her all over the city day in and day out. I told her from this point on she would be my bottom bitch but I would always treat her like lady. I then explained to her that would entail a lot of responsibility on her part, like trusting me to make the best financial decisions with the money. I assured her that she'd come a long from making forty dollars a night as a waitress. I also told her that I had plans to get us a house within the next few days. I reminded her on how she's not behind with her bills anymore because she chose to be with me. But the last thing I said to her was, "If you don't like my ultimatum you can bounce!" There was a moment of silence, then she spoke saying how much she loved me and how my speech made her wet. The next day she checked me about 20G's that she had stashed away in a storage facility.

Kiwi will always have a place in my heart. We went on to work together for about six more months. I unfortunately had to let her go because she couldn't follow directions and she also developed a terrible problem with alcohol and cocaine. The last straw came when she went to an outcall and the client got her intoxicated way pass the legal limit. She drank from an open container, he slipped something in her drink and she let him have intercourse without a condom. We found out a month later that she was pregnant with his child. Mistakes like that can lead to disastrous endings and could have ruined my blueprint for success. I will always remember Kiwi as being one of my first girls in the escort business.

*"Excuse me; I think you have something in your eye. Nope, it's just a sparkle!" -Valentine*

## CHAPTER 13
*"Keep Your Mouth Shut"*
John Leguizamo said it best during his role as Victor Rosa in the movie "Empire," and I quote, "If you ever get picked up for anything, there's one thing you never forget, Keep your mouth shut, don't say a fucking word. You think cops are stupid? You think you can talk your way out? You're wrong! Almost every conviction they get is some dumb motherfucker, tripping himself up. Keep your mouth shut! Close off your mind. Try to relax. Don't listen. Everything they say is a lie. They'll tell you they got witnesses that your boys turned on you. All lies. If they had that, they wouldn't be bothering you with all this shit, Keep your mouth shut!"

Keeping one's mouth shut is some of the best advice ever, especially in this business. It's also something I can't stress enough to my girls, especially the new girls. So many pimps, managers and madams have been taking down by law enforcement because their girl snitched. It's unfortunate but most of the time the girl will snitch unknowingly. Police tend to use scare tactics as a way of getting these girls to talk. For instance if police bust a girl during an undercover sting, the officer may say "we already know you have a pimp or work for an agency, just tell us who he or she is and we'll let you go." They'll tell the girl she's facing a whole lot of time and she may never see her kids again unless she gives up the name of her pimp or manager. It's a deceitful move but most of the time it works. The girl will start spilling her guts just to avoid that cold jail cell. It's unfortunate because little does she know, in most States she won't even spend more than 24 hours in jail. Prostitution is a misdemeanor but pandering is a felony. Some of the greatest pimps and madams have gone down for a long time because a girl admitted to working for so and so. I teach my girls on a consistent basis to pre-screen every guy, and if for some odd reason the undercover manages to pass himself as a client "do NOT mention my name! I will bail you out. I will get you the best lawyer money can buy and chances are the case will be thrown out and your record will be expunged."

A few years ago a friend of a friend of mine was set up by his bottom bitch. They had been a couple for over 4 years. They went through thick and thin together. She even had his name tatted on her and she slept in the master bed room with him every night. However on this particular day a police undercover popped her for prostitution and it was her 4th offense; meaning she could be charged with felony sex trafficking and trespassing. The cops said they

would drop the charges if she gave up her pimp. They pressed her to call her pimp and to fabricate a story stating that her client had just left and how she had just made $2500 from the date. They told her to tell him to come and get the money. Petrified and stupid, she agreed. Her pimp met her for the pick-up as usual, but this time the cops had marked the bills. She greeted him in the lobby of the hotel and gave him an envelope with the money inside, then kissed him on the cheek and he smiled. He told her, "Let's take the day off," because he was so proud of her. As soon as he put the money into his pocket she started crying, before he could ask "what's the matter?" The police rushed in, threw him on the ground and cuffed him. He was charged with pandering and felony sex trafficking. He got 5 years just for picking up the loot and because she talked. It's a dirty game! Let me tell you the bullshit of this story is; she was already turning tricks way before they ever met. She actually taught him the game! She posted her own ads and had regular clients all previously to meeting him. This is something that really didn't have to go down the way that it did. Remember, cops don't know shit unless you tell them.

*"It's a lot of real G's doing time - Because a groupie bit the truth and told a lie - You picked the wrong guy, baby if you're too fly - You need to hit the door, search for a new guy." -Tupac Shakur*

**CHAPTER 14**
*"Outcalls to Hotels"*
As a rule, I'd usually never send my girl on an *outcall* to a hotel or motel. 60% percent of *outcalls* to either of the two are generally stings. Do remember, law enforcement almost never bust out of homes, private residences or businesses. They usually however always bust out of hotel or motel rooms.

On the other hand I have come up with a solution and so far it has been %100 percent drama free and has worked every-time when deciphering if the client is a trick or indeed an undercover. Here's how it works; if you ever get an *outcall* to a hotel or motel, you have the client meet her in the lobby bar. Now I don't know any motels that have lobby bars so that excludes those. However at most 3 to 5 star hotels there is always a bar. Upon arrival the girl lets the client know she'd like to meet there to get better acquainted. She does not under any circumstance go to his room just yet! After they greet, she has him order two drinks, a shot of something strong like vodka and then a beer or wine that he can sip while she gets to know him. The girl must watch him drink the beverage in entirety. If declines her offer for cocktails or even to meet at the bar then chances are he's an undercover. By law, an undercover prostitution agent is prohibited from drinking on the job and could damage the case if he's intoxicated. A real client or trick will most likely have a few glasses to get a buzz and to satisfy the lady's request. If he refuses to meet at the bar, run far-far away!

*"Sometimes it is necessary to go a long distance out of the way, in order to come back a short distance correctly" -Edward Albee*

## CHAPTER 15

### "Miss Independent"

**Independent Escort** -A woman who provides a service for a fee without the help of an agency, pimp or manager. She books her own calls, sets her own appointments and pursues her own dates. She keeps %100 percent of what she makes.

I don't understand some of the independent escorts I meet. Meaning, she is an escort who sleeps with tricks all day long for money. She will suck, fuck, French kiss and perform sexually for them. But then when it comes to the nice guy who would do anything for her like wine-her and dine-her or practically give his life to be with her. She denies him! He has a nice job and drives a nice car and he's well educated. However she says "no" to him. She says "sweetie we're just friends." Keep in mind this guy gets an erection just looking at her. He could absolutely fall in love with her. Nonetheless Miss-Independent puts up a front like she's just a regular girl. She acts as if she has a 9-5 job and like she's not a provider. "Ha, Provider!" What a word we use in this business. Usually when I think of a provider I think of husband, a caregiver or a support system. Well only if this poor guy knew. If he knew he could whip out $500 dollars cash and have her. She'd provide for him, Oh yea he'd get his wish.

A lot of independent woman are introverts and would never disclose what their true profession is. A lot of independent woman need direction. They really sale themselves short by denying the everyday square or regular guys. I usually tell people, "If I were a woman I'd be a millionaire!" Guys are so easy to take advantage of. Independent escorts could be making so much more if they focused on the squares instead of the already made tricks. Do remember, "Every square is a trick just waiting to be born." Las Vegas and Atlantic City are great places to turn squares into tricks. A lot of pimps and managers use Casinos to do this. In a way Casinos are similar to the track. Pimps teach their girls on how to prey on these squares, how to approach these guys while their drunk or sober. Be it their up in winnings from the craps table or down on their luck from black Jack. Either way the Casino can be a gold mine to the right escort and also a great place to learn how to turn the average Joe into her little hoe.

*No one has ever choked from swallowing their own pride. It's like the republicans and democrats. If they could just agree on the basics, I'm sure our country would be unstoppable. Like if an independent bitch were to take my advice, then we would both be millionaires.*
*-Eldorado the Pimp*

## CHAPTER 16

### "Pimp of the Decade"

A lot of Pimps and Playa's along with their bitches usually attend the annual Playa's Ball. This event generally takes place in their region, city or state and also nationally once a year. This a time where the best of the best in the game gather and accept awards on their hard work in the escort business or as some would say hoe business.

I attended this year's event which was in Los Angeles. I kept to myself and as usual, I was low key. I left my girl at home so she could stack while I networked and enjoyed the show. I had a

good time and it really motivated me. I watched as these guys received their trophies. Honors were given for "Mac of the Year, Pimp of the Year, Most Consistent Pimp and Man with the Top Stable of Bitches."

However, as I was watching all of the top pimps and celebrities at this Playa's Ball, I noticed they left off "Pimp of the Decade Award." I don't even know if they give such an accolade. But sitting there viewing the show, I got to thinking about how the game had changed since the 70's when the first ceremony began.

I ran into my partner Regis, who is a well known Pimp from Dallas. He's been in the game for almost 15 years. He reminisced about his career as a Pimp and went on to say that he's never seen so many prostitutes in all his life. With the age of online communication, a girl can easily make a quick thousand dollars by posting ads online. He said "It's Crazy! The internet is the New Track."

After doing some research, I found it's estimated that Americans now spend somewhere around 14-billion dollars a year on prostitution, pornography and the sex industry, which is just as much as they would spend attending professional sporting events, buying music or going out to the movies.

So I'm socializing and I see Magic Don Juan, Ice T, Pimpin Ken, and Too Short. That's when I started thinking, "Yeah these guys are all legends and they've taught me so much about the game however, what about Craig?" Craig Newmark changed the game when he started Craigslist and offered an adult section for escorts.

Word of his site spread like wildfire. You had square girls that worked nine to five jobs posting ads, you had pimps taking their girls off the track to get that telephone incall-outcall money, you had webcam girls advertising there services on Craigslist. Everybody and their mama wanted a piece. Either you were posting on it or you utilized the services for your own sexual desires.

Craig received so much attention, that he started charging people to advertise. It's almost like he was pimping the pimps. People were posting in every State from New York City to Oklahoma City, from Tokyo Japan to Iraq and Iran. Craig knew just how valuable his site had become. He saw dollar signs. Some cities were getting over five hundred listings per day. Shit, and why not spend twenty to fifty dollars on ads for your girl. It didn't matter because at the end of the day we made it right back in the form of thousands, and that's all profit.

It is estimated that Craig made a quarter of a billion dollars in the two-year span that he started charging people to post adult ads. "Two-Hundred and Fifty Million Dollars in two years." This is why I say Craig deserves the Pimp of the Decade award."

*"You make my software turn into hardware baby!" -Phil Gates the Pimp*

## CHAPTER 17

*"Think Outside Her Box"*

I've always been a hustler, innovator and trendsetter! When I was nine years old I used to convince my friends to give me their Nintendo game cartridges and in return, I'd persuade the particular girl they liked to kiss them on the cheek or go to the school dance with them. In Junior High I had girls doing my homework and giving me shoulder massages in the cafeteria during lunch, all because I told them that by doing my work for me, it would make them so much smarter than the next girl. I told them it would free up my time so I could concentrate on basketball and winning a championship for our school. They loved being around a winner, a smooth talker and even better, a go-getter.

When I was in college, I was making over $300 Hundred Dollars a night as a freshman and it was legit. I went to a small school in the Midwest and the town's population wasn't very big. The College actually was the town. Everything closed early, the grocery store and gas station closed at 8pm, there were no fast food restaurants within a 15 mile radius and the school cafeteria stopped serving dinner after sunset. It really sucked heating up ramen noodles and eating the schools leftovers for late night snacks. So I decided to do what the school and town wouldn't. I turned my dorm room into a full fledge convenient store. I did it for the students that didn't own a car or have transportation to the grocery store. I did it for the ladies who wanted late night sweets. You'd be surprised at what a girl would do for a Twix and a bag of Skittles at 2am. I opened a membership to Sam's Club and I stocked up on snacks, hot pockets, honey buns, blunts, cigarettes and I even sold alcohol. While other students were getting busted for selling weed and ecstasy, I had a 24 hour "7-11" going. I had this girl I was dating at the time run a shift while I went to classes. I had the professors coming to me for bottles of Johnny Walker and I would sale the Fraternities Kegs of beer. I made a lot of money and I didn't get greedy. I ran it for one semester and made more in that time than the cost of my tuition for that entire year. I seized an opportunity!

Sometimes you just have to take it. I don't mean steal it, I mean if it's an open market and it's out for the taking, go for it! If you apply corporate business in the escort business, then you'll be extremely successful.

I carry those same traits with me today in the escort industry. I always think outside of the box for my girls. In this business you have to set trends, it's a must! I've set so many! It's almost like it's become a movement. When the internet craze got hectic and everyone was posting ads online, I noticed that my phone started to ring less. I was losing money because everyone had ads up. So, I thought to myself "How can my ads stand out to get my phone jumping again?" I brainstormed and came up with some great marketing strategies. One day I was at McDonalds getting an ice cream cone when it hit me, I'll set up a Value Menu for my girls, just like Ronald did with his Double Cheese Burgers. Man, I got so excited! I went home and posted an ad to see if my idea would work.

The ad title read, **"Russian Blonde Playboy Bunny - New $99 Dollar Value Menu"** A couple minutes passed and then, out of the blue, all of a sudden my lady's phone started blowing up.

"It was ringing off the hook!" It was a pick 3 mandatory menu and each item on the menu cost $99 dollars.

I had my girl giving clients 5 min Blowjobs for S99 Dollars, Hand Jobs were also $99 Dollars, French Kissing was $99 Dollars, Fetish and Massage – yup, you guessed it $99 Dollars. The clients could pretty much do everything except full service and each item selection was good for only 10 minutes. I ended up making more with the value menu as opposed to the regular one hour sessions. It was a great marketing strategy for the guy who couldn't afford a $500 Dollar session, however he could still get his nut and my girl didn't have to spend any more than 30 minutes with the trick.

A week later managers and pimps adapted to the same thing and stole my concept. This is why you have to be innovative. Be the first, get in early and then have your girl put it down! This is how the trick or client remembers your services and comes back to you instead of the next chick. By the time agencies started to use this particular idea, I was already on to the next one.

I was also one of the first people to post video ads. Some clients are either illiterate or just don't like to read. It seems that we are a visual generation. Therefore I had my girl start recording homemade commercials to advertise her services. We placed links to our posting that directed you to her website so you could get a sample of the date you were about to have with her. I made a lot of money doing it this way. It's like the Chinese joints in the mall at the food court that give you samples of little pieces of chicken on a stick. Once you try it, chances are you'll order a full meal. Well, I had the same notion for my main girl. I thought pictures as a form of advertisement were all fine and dandy but it was nothing like motion picture, actual sound and movement. When my girl started posting video ads, my profits nearly tripled. My girl is originally from Russia, so once these tricks heard that sexy Russian accent and saw those beautiful blue eyes they were hooked. Not to mention her little striptease didn't hurt either. Yeah, I had to spend an extra couple hundred dollars on a camcorder and web designer but in the end it was well worth it.

I have always been one of those managers who believed in using a girl's real picture. When I first starting posting ads online, I coined the phrase **"%100 Percent the Girl in the Picture or Your Session is Free!"** I started that and now ladies from all over the world use it. The bad part is half of the time, it still isn't the girl in the picture and when you arrive to her room nothing is ever free.

If you want to be successful you have to be the best, always leave your peers and even lady in suspense. Give them a little of what you have in your head but just in increments. Like Pimpin Ken said, "Keep these hoe's guessing." Make sure you tell your lady to switch her outfits and her style from time to time. It's essential to spend extra money on hair extensions and makeup. Mani and Pedi is vital, have her use a European accent. I once even had my main girl take acting lessons, and when in doubt re-read this chapter again until something hits you.

It's the small things that go a long way. Tricks want to feel like their banging a supermodel not a hooker. Be creative! Innovation is what distinguishes between leader and follower, client or clientele, merchant and consumer and just being a Boss in general.

*"People often say that innovation doesn't last. Well, neither does bathing - that's why we recommend it daily" -Zig Ziglar*

## CHAPTER 18
*"Track versus Internet"*

I'm not a track manager. It was never really my thing. I like that hotel incall money, casinos maybe but I love the internet cash. The internet is a fast moving lane. They say one year on the Internet is like a dog year equivalent to seven years in a regular person's life. In other words, it's evolving faster and faster.

However the very first girl I ever knocked was off the street track. She went by Cloey and she taught me so much about the track game. I can honestly say the early money I made in this profession came from the track. It was quick cash with no posting ads. I watched her as she made her way in a figure eight up and down I-Drive outside of Disney. She got the attention of all the lonely tourist and dad's who were looking to have a little fun while mommy was at the park with Mickey and the little one. I was living in Orlando at the time. I was coming out of the mall when I saw her. I drove up on her, and like a square I said, "Excuse me sweetheart but can I have your number?" It was such a whack pick up line, so of course I was ignored. I came back the next day and she was in the same place, walking up and down, - up and down the street. This time I got out the car. "Excuse me, I don't mean to stalk you but you're beautiful." I asked what she was doing out here, day in and day out? She put her head down and turned the other way. I sweated this girl for 6 days straight and I couldn't get a single word out of her. Not even a "Fuck off."

On the seventh day, I said to myself I was going to swing by I-Drive one more time to see my favorite mute person. This particular day however, I cleaned the inside of my car. I think at that time I was driving a Ford Explorer and the forecast called for rain. Keep in mind I was still square as Starburst but I had a good feeling. I pulled up on her, and there she walking in the same spot. I was fresh as can be, I was also a baby in the game and didn't have much money but I did the best with what I had. I knew she was a working girl, but I never let her know that I knew. I said, "Babygirl, you know the cops are driving unmarked cars popping girls up the street" I saw her eye twitch. I said "where's your daddy at baby?" I said, "I'm a sweat you every day until you at least tell me your name." She looked at me with big beautiful brown eyes and uttered, "Leave me alone you're gonna get me in trouble." I said just tell me your name, she spoke in a soft voice and said "Cloey, now go!" I told her how beautiful she was. She asked if I was looking for a date and I said "No, I was looking for a life partner and a private Jet we could charter" She smiled and right at that exact moment when she showed her pretty white teeth, it started to rain. I immediately clicked the automatic start on my truck and told her to get in out of the rain. She looked up at the clouds and then looked at me, ran to the passenger side and got in.

It took me seven days but I had just knocked my first girl. Within the next 2 hours she chose to be with me and by that next afternoon I was serving her pimp his walking papers. What a great feeling! All my pimp partners were proud of me. It felt like it was my birthday but better. I was ready to take on the game and conquer the track with my new lady.

Cloey was full of knowledge and wisdom. She was extremely sharp and her brain was jam packed with information about the track. Her ex P was a gorilla pimp and he used to beat her really bad. The week before we met, she had just gotten out of the hospital. She also told me that she feared for her life when she was with him and meeting me was one of the best things that ever happened to her. I told Cloey that I didn't have to use violence to get my point across. It's true, I tell young managers and pimps all of the time to use your head and the power of conversation, use different tones within your voice to get inside of your lady's mind. It's the little things like touching their cheek gently while talking to them, or stroking her lightly along the neck or thigh to get her attention. It works every-time. If your lady gets out of pocket then hey, you gotta do what you gotta do. But please remember, "Self-Control leads to Bankrolls."

We made a good team and by me being on the track, keeping an eye out for my girl I saw so much. The cash was coming in faster than I could count. Within a week I went from an old Ford Explorer to an M-Class Mercedes. However, on the nights she walked the track I always drove a beat up Oldsmobile. This is how I stayed low key and managed not to stand out. I observed everything! I watched the tricks as they circled the track. I watched the pimps watching their own bitches of whom I had to double eye-clock to keep them from knocking mine. I remembered every face, car make and model. I observed jump out cops who would switch rolls and act like tricks so they could arrest the girls. I watched female under-covers act like prostitutes so they could arrest the tricks. There was constant action and staying alert on the track meant life or death, money or freedom.

Playing the track is a lot of hard work. Most people outside of this industry couldn't stomach it. I've heard horror stories so being alert was a must for me and my girl. A friend of mine named Linda who was a part time hooker turned junkie once told me she got into a car with a trick. He pretended like he was reaching for money but instead he pulled out handcuffs and locked her to the door handle. He then pulled out a gun, beat her in the head with it, undressed, raped her and drove off leaving her naked in the street. She was arrested thirty minutes later for obscene behavior and disorderly conduct. The police didn't believe a word she said. As a result, the next day when she was released from jail, she was so shaken up by the incident that she tried crack-cocaine for the first time and she's been addicted ever since. Linda used to be sexy! Her ass was juicy, she had big tits, caramel skin and she spoke Puerto Rican and English. The problem was she couldn't keep a Pimp or manager. She was one of those girls that thought she knew everything, very high strung, always loud yapping at the mouth. She's the type that would fuck up a whole stable of bitches if you let her. So on the day she was beat up and raped no one was watching her back.

I like the track but I prefer the dot com. The track is just too much work, too many risks are involved. There's a lot of risk online as well, but for me personally I like the safety measures I'm

able to assess when sending my girls on calls by way of the internet. I like that I can prescreen calls before the client arrives. I like that I can perform background checks on a client's address before my girl takes a trip to visit him. I can make sure he doesn't have a criminal record or that he isn't a sex offender. If Linda had those options on the track, I'm sure her life would have probably turned out differently. Yesterday my girl did an outcall from an ad I placed on Eros.com and she ended up making $2000 dollars for spending just two hours with the guy. That's the power of the internet. I have never made that kind of money so fast from any car dates on any track. However, at the end of the day money is money, whether it's coming from the street or from cyberspace, it still spends the same way.

*"Money is like a baby that was born into an Orphanage, it has no idea where it comes from. We all make it differently but it all spends the same". -Laurence Fishburne*

## CHAPTER 19
*"Where's the Honor"*
This game isn't what it used to be! There are just too many escorts now. It seems like any one can post an advertisement and push the sale of pussy. There are only a few good pimps left! Everyone's a tough guy. When times get rough, "Hey, let's sale some pussy." That's not how the game was meant to be played. What happened to the Playa's and Mac's, the real Pimps who didn't let a bitch come home until she met her quota. There are no more rules! It's just a fine line between pimp and hoe, manager and client. Just yesterday I was watching the news and saw this 19 year old kid who was arrested for posting ads of his 10 year old sister online. Shit makes me sick to my stomach!

The tricks called themselves hobbyist and the girls call themselves providers. There is no more loyalty! It used to be if a bitch chose to be with another Pimp, you knew about it, you got served and you weren't stressing wondering where she disappeared to. Now days a bitch will bounce with a trick and you never hear from her again. There are too many Sugar Daddies! A client will peel your bitch just as fast as you did when you discovered that hoe. Where's the honor in that? A lot of these women are ungrateful, you build em up from nothing, you make them something and then she pulls an Oksana Grigorieva on you. Shit makes me sick to my stomach!

Where's the respect! I got young wanna be pimps sending text messages to my line, sweating me for my girl. "Don't sweat me young nigga sweat her!" Punk ass pimps sending text messages with pictures of their dick to my girl's phone. What part of the game is that! Lazy ass niggas man!

I feel like Carlito when he came home from his five year bid. *"There ain't no friends in this shit business, ain't no more rackets out here, it's just a bunch of cowboys ripping each other off."*

Most pimps don't even know what pandering is! You got Gorilla pimps hiding in the closet ready to rob tricks. You got bitches going unprotected with clients for a little extra cash off top! Tricks request bareback like Aids don't exist. This game isn't safe anymore more. A good pimp or

manager is supposed to teach his girl to practice safe sex. Shit makes me sick to my stomach!

So we got a bunch of broken rules and lost morals! We got pimps paying for pussy and lap-dances. You got Gorilla pimps who knock bitches and get em strung out on coke and heroin. That's real sleaze-ball shit which also dates back to the early days. However, I can proudly say that I've never condoned drugs as a method of motivation. I have worked with over one-hundred girls. I've even had to let some of my top earners go because they couldn't kick the habit. Junkies can't be trusted. I never met an addict that wouldn't snitch or a bitch that wouldn't ditch. People will say anything when their going through withdrawals. Truth is, the game is not what it once was and I don't think it'll ever be same. All we can do is adapt to the changes, stack a lot of paper and get out. Shit makes me sick to my stomach!

*"Rest in Peace to Iceberg Slim and Pimp-C"*

## CHAPTER 20
*"The Secret, the Lifestyle, the Addiction"*
**-The Secret**
"A buddy of mine was diagnosed with kidney failure - His only option for a donor was to move to Sydney Australia." The escort business is no different. You have to be ready to pack up and move, lay low, stack dough and Mack hoes at any given moment. I do this from the heart! Anybody in this game that knows me will tell you the same thing. I love this game, but at the same time I hate it. It's like the game has a mind of its own. The escorting business isn't like selling drugs and the new guy usually doesn't have much capital to invest. Yet, all you need is a loyal girl, a good mouth piece and a cell phone. As a result, once you're in, "oh my God you're in!" It's like a heroin fix. I peeled my first girl with less than $5.00 dollars to my name and my gas tank was under empty. Prostitution was my last option before moving home and getting a nine-five job. It's now safe to say I never moved back home and my girl Cloey at the time made me 2k my very first day, but the ups and downs can be nasty. "It's like we spend it before we make it. It's like we already have plans for the money before she gets naked!"

Within a few years, I have discreetly managed to make over a couple million dollars in the escort business. However, my discretion level has been without a shadow of a doubt mandatory. It's almost like I've been living a double life. The good part is, I have been able to pull it off extremely well. My family, friends and business acquaintances have no idea what I do. They have no idea that Vaginas are indeed my #1 source of income. Almost all of my many business ventures and investments have come from the sex industry. The bad part is, I cannot keep living a lie. You gotta remember I came from the dope game. I'm an eighties baby and I've sold it all. When I was 18 years old, I was facing a life sentence for armed robbery, kidnapping, possession of a fire arm, obstruction of justice and a slew of other charges. However when I got out of jail and after a long, expensive legal battle, I promised myself that I was never going back inside. I cleaned up my act, put myself through college, served my probation and learned how to play the game.

*-The Lifestyle*

It's like that old saying "If you knew better, you'd do better." Well after I watched "The Rise and Fall of Heidi Fleiss" it changed my life and I wanted in. For instance, just last week I had dinner with Donald Trump at a charity event hosted by Holly Robinson Peete. Escorting has opened many doors. I'm talking Ten-Thousand Dollar shopping sprees and whenever I fly it's either first class or private chartered flights. I have celebrity friends who get me backstage passes and floor seats to all major award shows, concerts and sporting events. I can't fail to mention the getaway suites, lofts and private resorts in every major city. I have an abundance of cars in which I get to test drive before they even go on market. I honestly have a car for every day of the week. It's the lifestyle that's addicting! It's like as long as you have a girl whose willing to work, then you'll always have money.

When the end of the world comes and we're running around living like cave men and barbarians, a man will always be able to barter his girl's pussy for food, clothing or shelter and that man will probably become the richest man in the cave.

*-The Addiction*

Why is the lifestyle addictive?

After a while it becomes a necessity. It's like a drug addict who goes through withdrawals. Most of the time they don't even want to get high anymore but they still need that fix just to even things out and so they don't get sick. Escorting is no different. We grow accustom to the life! You can't just go back to working at the Mall or Burger-Mart after a gig like this. The money comes so fast, but it spends even faster and once you get a taste of it in lump sums it's hard to stop. Not to mention the responsibilities, the emergency bail money and lawyer fees which go towards advice and counsel. I also spend over 2k a week on hotel rooms, STD testing, clothes and advertisement for my girls, and if it's a slow day, then I'm in the hole, which means I have to make up for it the very next day.

Every girl that I have ever worked with has been an investment opportunity of some sort, and in return I have been the lead financier. Most women that get involved in this business usually come from little to no income whatsoever. I have spent thousands of dollars in Dentist offices fixing teeth, new hair and complete makeovers for my newbie's, which most of the time is a must. Not only does it boost morale to make her feel better, but it also increases profit margins.

If someone were to ask me, "Has it been worth it?" My answer would be "yes!" It's like you must have a good program and a solid plan for your ladies to follow. Then of course it's mandatory that you find a good lady. Make sure you find someone who wants to be just as successful as you. After that, you should create your image. Make yourself bigger than the President. This is how you gain respect. Dress for success and always be fresh, but don't make yourself hot, remember to stay low and stack 70% percent of your income, then legitimize it. Since this chapter deals with addiction, the above statements are just ways for you to support your habit.

*"Sometimes we are forced into unknown directions which eventually force us to find ourselves."*

Produced Pursuant to Protective Order TKF00382

*-Bob Hoskins*

## CHAPTER 21
*"Solving & Evolving"*

When I first got into this business I blew a lot of girls because I made false promises that I didn't carry out. The money was coming in so quick that I didn't take the time to follow through on what I'd originally told them. A lot of pimps get knocked for their girls because of this exact same reason. It's like that old saying, "Don't talk about it, be about it."

They're a lot women and managers in this business that "Just aren't evolving," so many of them live in hotel and motel rooms. These girls make more than a lawyer would charge for an hourly consultation or even as much as a doctor's visit would cost. This is a cash business! It's the oldest profession and sex will always sale. "It's recession proof baby!" However many escorts and managers become content and don't grow to legitimize their business. This is why I am able to peel so many women from their pimps and agencies. It's unfortunate but a lot of these girls usually sleep in the same bed that they've been turning tricks in all day. I've learned how to use this to my advantage when recruiting a girl who's been in a negative environment with bad management leading her nowhere.

I sympathize with the young lady and her situation. I let her know that I too have been there. I tell her, "I know in the beginning living in hotels seem like the shit, room service and tricks that will pay you hundreds of dollars for a quick nut that'll cum in five minutes." I let her know that she's made her Pimp more than enough money and it's time to evolve. I ask her, "How come you guys aren't in a nice house with your own bed?" She's speechless with that question. She'll give some bullshit excuse trying to defend his tired ass. One of the worst things you can do is blow a chick that makes good money and all because you didn't put her green to proper use or because you didn't back up your word.

*"I Can - is one hundred times more important than IQ" -19th Century Quote*

## CHAPTER 22
*"Pursue & Tattoo"*

A lot of managers and pimps make a conscious effort to leave some sort of mark in the game. Some go for the biggest and most expensive cars or a massive stable of women. Some go for the loudest, exclusive and best outfits or jewelry they can find. While others have a talk so smooth and a slang so cool that you could never forget about them. My buddy "Freeze the Pimp" would shoot music videos starring himself and then he'd throw the biggest parties in town so everyone knew who he was. It's all about flash and presentation, money and glorification.

Me however, I like Tattoos. I like to pursue a young lady and make them fall in love with me. I want them to fall in love with my character and my personality. It's like that old saying "You only get one chance to make a first impression." Whenever I meet a new girl, I always present them with my business card. I do this to let her know that she's my number one interest.

Produced Pursuant to Protective Order
TKF00383

"Business cards are crucial for recruiting a new girl, shiny and glossy so it stands out." I want her to know that I'm fascinated with the way she thinks. I let her know that it's not just about the escorting or money, even though in reality it is, and besides what I'm really thinking about is how she looks out of those clothes and if she can pull in a "Grand "a day. Yet and still, I explain to her that we could have a partnership together and then I tell her we should create a long-lasting bond. This generally works and after a few weeks of her seeing clients, she realizes that her life has already improved for the better. That's when I persuade her to get my name tattooed on her.

*-The Tattoo*

I do this for several reasons. None of which are egotistical, for me it's always business. I have come to the conclusion that a girl is less likely to leave you if she has your named inked and stained on her. She'll definitely think twice before jumping ship! I also do this for safety reasons. For example; managers, pimps and agencies tend not to try as hard to knock your girl once they see your name all decorated with "hearts and forever's and I love you" printed on her skin. They'll usually back off. Tattoos are also good because it shows a sign of loyalty on her part. We all know nothing is guaranteed, but the chances of your lady snitching or acting as if she doesn't know you are less probable if your name is tatted on her.

My girls usually get my initials, nick-name or my "game-name." I almost never use my government name and I always keep a copy of the consent form from the tattoo shop. Tattoos are something that I've implemented in my program to build trust and also a technique I use to leave my mark on the game. When that woman is seventy years old, married and grey with grandkids, she'll remember me by ink, the good times, the fast money and how we lived life to the fullest.

*"-She inks my letters across her heart, don't worry about the blood - my name is now part of you and my part for you is love" -Poet the Pimp*

**CHAPTER 23**
*"Betta Fish and the Bottom Bitch"*
**Can two Betta Fish live in the same Aquarium?**
*Answer:* NO! If you put two Betta Fish together you will quickly have only one. Betta Fish are extremely protective of their territory. If the two fish are put together in what one or both of them believe is their territory, they will fight to the death to get rid of the intruder. One option would be to get a tank with a glass divider. This keeps the fish separate, but they'll still appear to be sharing the same tank.

I use this same mentality when it comes to my bottom bitch and new girls who have just joined my stable. I don't care how much the new girl and bottom bitch get along in the beginning, eventually the new girl will want to become daddy's main bitch, and typically that's when the drama starts. A lot of times managers and pimps lose some of their top new earners because a girl in the stable becomes jealous and blows the situation. Regardless of how much of a wifey or sisterly act they put on, sooner or later the new girl will want to take the place of the bottom

bitch so she can become numero uno.

I have been with my main girl Emma for almost 3 years and she'll tell you in a heartbeat, that I don't trust anyone in this business. However, if I did it would probably be her. Emma knows this! I mean we have a deep history. Furthermore, when I first got into this game I was a recruitment connoisseur. I was so good that I could have probably made millions as a scout for the NBA or NFL bringing poor black kids in from the hood to the Pros. My knocking talents are by far extraordinary, close to perfect even.

Just like anything you're good at, it requires hard work, dedication and persistence. I put in overtime when it came to sweating girls, breaking em in, training square bitches from the ground up and teaching her the do's and don'ts of the game. By the time a new girl finished learning my program, she would easily make over five figures per week. What I didn't understand is how I put in all this hard work and afterwards a month later the new girl would sooner or later bounce. I was eventually forced to reevaluate my program and figure out why my newbie's decided to leave or as a pimp would say "cop and blow?"

I lost a lot of top earners in my early days due to the fact they couldn't get along with Emma. The arguments, the childish he said she said bullshit and the constant attention each girl felt she deserved from me. I used to tell the newbie's "I'd pay them more attention when they paid me more Benjamin's." This made them work harder to take Emma's place and this also made Emma work twice as hard to match or double what they were bringing in daily. In a way it was good because everyone was working hard. However, the more time passed, the more the new girl wanted me all to herself. Eventually because I never had intentions on leaving Emma in the first place, they end up ditching, choosing up with another manager or pimp or all together giving up.

This was happening way too much in the beginning and I blamed Emma. I actually almost kicked her to the curb after she scared off a new girl who was making over $2500 dollars per day. I was heated! This was also one of the few times that I really lost my temper and scared the shit out of her. I remember I wouldn't let her come home until she bought me 10k and I only gave her 5 days to pull it off, of course she made the money and eventually I forgave her. After that, I decided I couldn't let these petty arguments between bitches fuck with my money anymore. That's when I came up with the Betta Fish program. Nowadays whenever I recruit a new girl I make a strong effort to keep her away from my bottom bitch or any other veteran lady of mine. (In the beginning anyway.)

I give the newbie the assumption that she's become my bottom bitch. I don't have to lie or act as if I don't have other worker B's either, because no matter how ditzy or dumb the female is, she'll eventually find out anyway. I like to tell the truth, the truth is always easier to remember. Like Tony Montana said "I always tell the truth, even when I lie" However, I do make them feel like she's my only one, like she's a superstar in my eyes. Every once in a while I'll take a newbie around other newbie's or sometimes they'll do "Two-Girl Shows" together. However the

bottom line is, if they spend too much girl - girl time with each other, eventually one of them will become obsessive or possessive.

I always tell managers, pimps and even madams that I know, to "Keep Your Girls Separated." Put them in different hotels. If your main girl is out of town breaking tricks, then you stay with the newbie. Remember, there is only one of you. You have to figure out how to divide your time between your stable. Let them think they have your undivided attention. If you can pull this off properly, than chances are you will blow less bitches and make more digits.  I repeat, "Keep them separated, it's just less drama."

**Exception to the Rule:**
If you're a track pimp or track manager then indeed your bottom bitch should definitely keep an eye out for the newbie. At least while she plays the blade, this just insures that your newbie doesn't steal from you or get out of pocket with other P's which could of course jeopardize your program.

*"If you are going to achieve excellence, you must develop habits in the smallest of matters. Endeavors succeed or fail because of the people who are involved. Great leaders are almost always great simplifiers who can cut through an argument to offer a solution everyone can understand." -Colin Powell*

**CHAPTER 24**
*"Characteristics of a Good Bottom Bitch"*
There is no way I am leaving Emma my bottom bitch for a newbie. She's just too good to me. She knows the game. She's even caught prostitution cases and beefs and has never once opened her mouth. Even with cases pending, a bloody period and cramps she'll still take 10 calls for me and won't complain one bit. That's love!

She knows how to break tricks down to their last dime sending them home flat broke and with a negative bank account. Clients have gone into overdraft because they have maxed on an ATM withdrawal, and it's all because they want to spend a few extra hours with my girl.

When you find a girl who doesn't complain about seeing ten plus tricks per day, who is not materialistic, who has never stolen a single cent from you and has no desire to do drugs then you have found a good bitch. When you have found a girl that turns heads and has the power to have repeat clientele for years and years to come then that's your girl. Not only is she beautiful but she follows your direction and she always, I mean always has your best intention at heart! That's what I look for in a main girl or as my pimp partners would say a "Bottom Bitch."

*"Notes"*
My bottom bitch thinks she knows me. I don't even call her a bitch to her face unless she gets out of pocket which is rare to never! That's just how I run my program. I treat her with a certain level of respect. This is how I have maintained a daily steady cash flow. I've only opened up a

small percentage of myself to her. Yet she thinks I've fully given her my heart. This is how I've managed to make her fall in love with me. I keep her close enough where I can confide in her about the bullshit but still keep my heart protected just in case.

No love songs or lullabies here! I got my heart broke once as a square and I trained myself never to give my all to another female unless it's my daughter, mother or sisters. However If I was a square, Emma would be the closest thing to a main squeeze there was. She's a good solid escort who has made me over a million dollars. "You gotta love that!" I am in no way in love with her. However, I got mad love for my bottom bitch, there is a difference. Of course I care about her and her well-being. We've shared a lot great times, laughs and money together. People tend think that pimps aren't human, like us managers don't care. "False!" If a pimp or manager doesn't care what happens to his main girl than he doesn't care what happens to his money.

*"A friendship founded on business is better than a business founded on friendship." -John D. Rockefeller*

## CHAPTER 25

*"Choosing the Right Girl to Knock."*

I stay away from girls who've have had numerous pimps in the past. Even if they don't admit to it, I can always tell. I tend to get a more loyal situation from a newbie who has never turned a trick a day in her life. Small towns are great places for finding new girls. I was never one of those guys who went to strip clubs or night clubs to knock a girl. I like playing small rural cities with small populations. I usually hit places like the Mall, Wal-Mart's and Fast Food joints to knock a girl. Sometimes it's the clerk working behind the counter or sometimes it's the customer. Whatever the case, I generally let them know that they're so much better than the town their currently in and how much potential I see in them. I give them my business card and then I show them a few pictures of me with my celebrity friends. I flash a wad of cash so big it could choke an elephant. I then come at them on some modeling or you should be an actress type shit. Within an hour they are usually hooked, line and sinker. Most the most time I do keep my word and get them into something legit like magazine print or television extra but the majority of the time they go on to make many thousands of dollars as an escort.

However, before I spend any money on an airplane ticket for a newbie, I always make sure she is down to work. The worst thing you can do is string a girl along and not tell them what they are getting themselves into. I also pick her brain to ensure that we are compatible in some way. An old school P once told me that "If you don't have anything in common with a hoe than she won't last long." With that being said, I always make sure the girl that I am perusing at least likes money and wants a better life for herself. If she doesn't like money then why the hell am I even wasting my breath talking to her? I also look for things like inner beauty, meaning her sense of humor and basic intelligence level. Has she ever been arrested, if so for what? I ask questions like where she was raised and subliminal questions like, what is your drug of choice. If she says cocaine, heroin or other than I usually make a conscience effort to dip out on her. I am cool with weed and alcohol but that's about it. I then try and navigate through her past to make

sure she is not completely fucked up or psycho. If all is good and she doesn't have a long rap-sheet or crazy criminal record, then I continue with making her my new bitch.

I run an extremely thorough program. My last newbie jokingly told me that it would have been easier for her to get a job working at the airport for TSA with all the questions I asked. I smiled and told her "TSA pays twelve dollars an hour, and baby girl you just made twelve-hundred dollars in one hour. See the difference!"

Another trait that I look for in my new girl is beauty. The girl doesn't have to be drop dead gorgeous or a super model. However, since we are in the industry that sales sex, I just want to make sure she is in some way marketable. Most of the time a good makeover, hair dye and hair extensions usually do the trick, literally! A pimp partner of mine named L.V. from Milwaukee would bleach each one of his girls hair blonde before they started turning tricks. He believed that blondes made more money. In retrospect, he did always have a fresh new car and he kept a mean fat bankroll too so there must have been some truth to his theory. Clearly L.V. only worked with snow bunnies. Me personally I don't discriminate. I have worked with many different ethnicities. However, I have only worked with one black chick. Don't get me wrong, I love back women but I prefer white and Asians girls. For me they are easier to get along with and my daily income is usually on a larger scale.

Snow Bunnies as a whole will always make more than any other race. My main girl who happens to be white has proved this time and time again. Her client list ranges from many different ethnic visitors who come to see her regularly. For an Asian or Mexican client to see her, it's almost like a sexual taboo. Asian girls would be my second choice when recruiting. I especially like the work ethic of Korean and Japanese ladies. They are extremely sexual and this drives repeat clientele back to visit them again. They're also hard workers, for them to see ten to fifteen guys in one day is almost customary routine, which once again increases my gross earnings.

I also know a lot of pimps and managers who use their bottom bitch to knock a new girl. I don't often do this but I have to admit it's a great way to recruit. It makes the newbie feel a little more comfortable knowing that someone just like her is doing the same thing. Generally she'll see the diamonds, the nice expensive Chanel or Gucci purse and the name-brand clothes on your bottom bitch, this usually makes the newbie want to emulate her and typically she chooses up.

In a nutshell, I have worked with a number of different nationalities and personalities. If the girl is open to making money then I am open to being her man, daddy and manager. I'll be the shoulder she needs to lean on, her personal banker, teacher and friend all in one. However, if the situation doesn't feel right then I will drop that hoe off right where I found her. This game is like a revolving door. Sometimes they easy come, but they definitely easy go. I keep a recruitment mentality and as a result of doing so my bank accounts have never looked better.

*"All the flowers of tomorrow will be the seeds of yesterday, so plant wisely" -Proverb*

## CHAPTER 26

*"The Town"*

I have a square friend named Dorian. He's one of the biggest club goers in Los Angeles. He has also thrown some of the biggest parties, concerts and star-studded events throughout the years. I guess you could say he knows his craft. One particular night I was at a party of his and it was jumping. He had go-go dancers on stripper poles, free open bar and there were 5 chicks to every 1 guy. It was a really nice party. However, I was getting ready to leave so I could go check out this other party downtown that I had gotten a text about. Dorian spotted me and as I was putting on my coat he pulled me to the side and said, "Man, never leave a good party." I left anyway and when I got to the other party it was no comparison, it absolutely sucked! I was pissed that I had left the original party and by the time I drove all the way back, it was ending. Nevertheless his words stuck with me! "Never Leave a Good Party."

I apply that same logic to the escort business, especially when I'm traveling out of town getting state to state and city to city money. In this profession you can easily post an advertisement, open up your own track or even catch a date in the most random of places. No matter where on earth you go, there will always be horny men.

There is nothing better than arriving to a new town and making 3k in one day from one girl. People by nature love new things. Who doesn't want a new car, new house, new clothes and fresh food? It's the same thing with tricks and clients who pay for sex. Clients love the new girl. Whenever my girl and I arrive to a new destination, her phone rings nonstop. She'll post ads like, "Just Visiting," or "In Town for One Day Only." This always gets the attention of hobbyist and the habitual sex addict. We stay for a few days, milk the town and then it's on to the next one.

In this game you have to keep it moving, but never leave while the getting is good. If you do, by the time you return it probably won't be the same. This industry is like gossiping teenagers and word spreads fast when money is being circulated through a new place or new city. You never want to work where other escorts have made it hot or even worse over populated. If you're the first to make money in a new territory and there is no reason to leave, then don't. Stack up, plan ahead and always have your travel arrangements ready for your next tour.

*The main thing is to keep the main thing the main thing, and remember why you're there in the first place. -Stephen Covey*

## CHAPTER 27

*"When It Hurts So Bad"*

In 1998 Lauren Hill released a song called "When It Hurts So Bad." The lyrics read, "When it hurts so bad - When it hurts so bad, **Why's it feel so good,** When it hurts so bad." Those lyrics somewhat explain the way I have been feeling about the game lately. I'm only 3 years in, and I already feel like a veteran. I've always tried to apply everything that I have learned from the escort business into my legit affairs and corporate ties. My motto has always been, "From the

whore's room to the Boardroom." However, there is just too much going on in the game right now. Too much is at stake. I'm not even thirty years old, but with the money that I've accumulated from prostitution, I can easily retire to a small Island and relax for the next twenty or so years. Will I do that? I highly doubt it. I don't think I will ever retire from being an entrepreneur. I simply love to make money, but it's almost like God's saying "Come home son, you did well."

I was always the type of manager to pray over my stable. I prayed for their success and their safety. With that being said, I'm living a double life and it has been hard work. It's a vigorous routine. To manage two LLC's and a patent in progress, a nonprofit organization plus 3 to 5 yapping escorts on a daily basis has taken a lot out of me.

*"I love this game, I love the hustle! It got me feeling like one of them NBA niggas, like Bird or Magic or something. Yeah, you know - a nigga got dough, a nigga could leave the league, but if I leave, will the fans still love me?" -Paid in Full*

I don't want to be one of those old ass managers still trying to knock bitches. They say thirty is the new twenty and I'm sure that I could last another ten years strong in the game, but why take the risk. The eye in the sky is watching, right along with Uncle Sam and the alphabet boys. It's like the IRS and FBI are just waiting for you to slip up.

My dad actually called me last week and told me that he had been thinking about me. He said he saw the photos of me and my stable. He saw the tattoos on my girls, the Bentleys and crazy party pictures. Not having any idea that I managed prostitutes and that I run one of the biggest call-girl services on the West Coast, he told me "Maybe it's time to slow down son." It was like God was speaking through him. Just a week after our conversation I caught the news on CNN that one of my best friends and pimp partners was doing time for pandering and solicitation of a prostitute. A week before that my main girl Emma was almost raped and killed during an incall. I am getting chills even as I write this chapter.

You see the game has been extremely good to me and I too have been extremely good to the game. Why do you think people flip when they lose their job and then go back the next day to shoot up the entire building? Yea it's because they're crazy, but the truth of the matter is they were hard workers and the majority of them were good to their employers. However, when the company downsized or hired the new guy with a better college education then it was out with the old and in with the new. Some people can't handle that pressure, escorting is quite similar. You wouldn't believe how many women I've peeled from old school pimps who were washed up, dressed like lames and just weren't tough enough to handle my game. I reminisce on those moments and with all that's currently going on I constantly reassure myself that I will never be like them. Maybe it is time I retire. It would be nice to have a little baby boy running around. I could finally travel the world with my girl and not with the intention of her turning tricks either. Maybe she'll finally become square after all, just maybe.

*Beginnings are scary, Endings are usually sad, but it's the Middle that counts the most. Try to remember that when you find yourself at a new beginning. Just give hope a chance to float up, and it will, - Movie Hope Floats*

## CHAPTER 28
*"Take Risk, Have a Plan & Move On"*

When I first moved to Los Angeles, I was living in hostels. I had no vehicle and no money. All I had was my dreams of making it in the world of entertainment, that along with my word, my game and my gift to gab. Even my own mother who is a church minister told me that I had no talent. That hurt! Reflecting back, I now realize she said it out of fear for her son moving to such a big city. On the other hand, her words compelled me work twice as hard and I love her no less for that! That conversation actually drove my ambition. I've always felt like I could close any deal and I've always had the confidence to try. You have to take risk in anything you do, if you're not a risk taker than you're a square. Plain and simple, even when I retire from the game I will never consider myself as a square. How can I be a square when I've lived life to the fullest?

Take Michael Jackson for example. He lived fifty long years, people can say what they want about him but he lived! For decades Michael pimped out the music industry. For example his greatest hit "Thriller" to make that song and music video was an estimated $750,000 in 1982, but the financial return of Jackson's musical risk grossed him almost a quarter of a billion dollars just off that one recording alone. Michael traveled the globe like the King he was. On any given day he would drop a million dollars while on shopping sprees. He blasted off from stage in a self propelled rocket outfit, even after his crew and manager pleaded with him that it was too risky. As much as people slander his name, Michael Jackson was one of the biggest risk takers in entertainment history.

*"You should always be willing to take at least one big financial risk in your life. Me I take several per year."*

My boy Dave used to say "Scary money don't make money." With that being said, I knew what I was getting into when I delve into the escort business. I felt as if it were one of my only options at the time. Who knew it would go on to shape me into a better man? Sometimes the risk we take, be it fail or succeed make us stronger. Whether it's in the sex industry or merely life in general, if you are not at least willing to try, then you're just another schmuck caught up in the rat race. I can't stand people who complain about being broke! Pussy aside, they are too many other things you can sale in this world to be completely penniless.

Some managers, pimps and madams will never leave the game unless they are forced out by law or some other unforeseen circumstance. It's not that they can't get out, but it's the risk factor that's associated with actually getting up and trying something new. Philosopher, Andre Gide said it best, "Man cannot discover new oceans unless he has the courage to lose sight of the shore." Conclusively, that's what it's all about. I have learned to pimp the game as opposed to being pimped by the game. Now all I gotta do is walk away.

*"Good-bye to the game all the spoils, the adrenaline rush - Your blood boils, you in a spot knowing cops could rush - You're in a drop, you're so easy to touch - No two days are alike except the first and fifteenth pretty much - Trust is a word you seldom hear from us - Hustlers we don't sleep we rest one eye up" –Jay-Z*

## CHAPTER 29
*Gifted & Talented*

When I was seven years old I watched a documentary on Sammy Davis Jr. I remember the narrator saying he was one of the first black entertainers in history to be seen in public with multiple white women on his arm. That excited me! Here you had an African-American Jewish guy with one good eye and one glass eye, in a time when interracial dating was almost forbidden. Sammy didn't care! He broke cultural stereo types and the radical racism of that day.

During a time of the civil rights movement and extreme prejudice injustice, Sammy was able to get away with what the average black man wasn't. Sammy ate at the best restaurants, mingled with some of the most powerful people and performed nightly for thousands of fans all over the word.

Do you think that my grandfather could have walked into the Copacabana Nightclub back in 1955 with two snow bunnies snuggled under his arm? Yeah he may have walked in but I'm sure he would have left out limping or carried to an ambulance.

Sammy was able to do all of these great things because he had a gift. Sammy shared his gifts with the world and for that reason many doors were open throughout his life. We all have gifts and talents in some way or another. If I as a Managers can persuade two total strangers who have never met to exchange money for companionship and then bring that same money back to me so I can make the best possible decision on what it's to be used for, than I'd say that's a gift.

However my talents go far beyond male-female intimacy. Even if you the reader is not associated with the escort business, the fact still remains that you must use your talents to do extra ordinary and extraordinary things. If ones talents are channeled properly then you're able surpass the everyday "Square or Average Joe." Sammy Davis Jr. could sing, tell jokes and tap dance. You have to ask yourself, "What's my gift?" Even as I write this book I am finding my hidden talent which is writing. I always knew it was there, I just had to dig it up and put it to use. Sometimes personal experiences whether good or bad can draw out your talents and make you a better and more successful person. You must go after what's already inside of you and pull it out.

*Just because you didn't make it to the Pros doesn't mean you can't coach in the Pros, there's always a way in. You just have to find your talent and let that be your guide. -Michael Jordan*

## CHAPTER 30
*"Olly Olly Oxen Free"*

I was sitting in front of the computer today browsing the local escort postings when I came across an ad of a young black girl who was charging $80 for an hourly session. This is happening all too often in the game and is another reason on why I've been contemplating my exit out of this business. Doesn't she know this diminishes the rates of all the other working girls who post ads on this particular site?

One of my best friends is a manager at a prominent gentlemen's club in Las Vegas. He told me a guy can buy 3 lap dances in the VIP for $100 dollars, which is the equivalent to one song per dance. I asked how long each song lasted for and he answered saying "no more than 2 minutes." So basically the stripper spends six minutes with the guy in which he receives a full body contact lap dance from a naked stripper who will cash in on $100 dollars after the 3rd song. Do you see the discrepancy? This is how you know the game is fucked up and prostitution has become over populated. The rates are only getting lower and lower which drive business slower and slower. Anytime a stripper makes more in six minutes than the average escort makes for a full hour is beyond absurd.

However my money is still good, don't get me wrong. My girls are white and they see a higher level of clientele, but what happens when one person brings down the value of what a session should charge? It forces other girls to do the same thing just so they can keep up. It's like that dollar menu thing I wrote about. According to the New York Times, McDonalds was the first fast food restaurant to successfully incorporate a value menu alongside their regular menu. They received a lot of attention and because of this, it drove similar fast food chains to create a similar menu so they could keep up and compete with the Golden Arches. Subway started the 5 dollar foot-longs and a few months later Quiznos was running the same campaign. If every girl who escorts starts to lower their donation rate than soon we'll have an "*oligopsony*" which is the opposite of a monopoly. This will decrease prices and services. Basically girls will do more for less.

I think woman are beautiful and amazing individuals and there should be no value placed on the worth of her vagina. With that being said, this is still a cash business and just like any other business we must set firm competitive rates of the services being provided. Unfortunately however prices are decreasing. The more our country advances in technology, the higher percentage rate of prostitution will rise.

This game is beginning to drain me. I love the money but the thrill is gone. Five days, seems like five weeks. 5 thousand seems like 5 hundred. The money, the people and the business just aren't the same. There is no economic structure in this business and there never will be unless the oldest profession somehow one day becomes legal. So for now, I think I'll just pack up and keep my fingers crossed.

*Definition:*
*Oligopsony (ol.i.gop.so.ny)*
 *-A market in which the number of buyers is small while the number of sellers is enormous.*

*"In the business world, the rearview mirror is always clearer than the windshield."*
*-Warren Buffett*

## CHAPTER 31
*"I Got Game"*

Since I'm a man and since men are my main clientele, I get the demanding task of explaining to my ladies on just how to break a trick and empty his pockets. A lot of people would assume that my job is simple, like all I do is sit back, collect the money and bang hot chicks all day. On the contrary my job has been a daily struggle in which requires constant planning. It's not as if I'm laying a cheese trap for a mouse, like once he gets his little paws on the cheddar than "SNAP" we got em. It's just the opposite! For my girl to find a good trick and then for her to keep him coming back is no easy feat.

Men fall in love with their eyes, but woman fall in love with their ears. Appearance is everything and words are vital. My words are like good music in the melodies of a great song, like fine lyrics. You want to hear them over and over again. One should always strive to say the right words, not only when dealing with escorts but also in your dealings with square business as well. I always tell my girls, "Dress for success, look classy but let your outfits remind him of sex." I always make sure my girl looks the part, it's a must! If she can look like the models that grace the covers of Vogue or Elle Magazine, well then you can't go wrong. Clients often tell my girls, "You're way too beautiful to be doing this." Ha! That's the same thing I tell them! So when they hear it from the trick, my voice has already been stamped and imprinted into their head. However when the trick says it to her, it only goes in one ear and right out of the other. Remember I'm a man too and I know all the right things to say. I know exactly what the trick is going to tell her, how he's going to say it and why he's saying it. My lady's main objective is to make the trick fall in love with her, just as she has fallen in love with me.

My girls know that escorting is just a stepping stone to financially get us where we need to be. I tell them all the time, "Baby you won't be turning tricks forever. I won't let you! You're way too beautiful, so when I retire, you're going to retire right along with me!"

Me personally, I don't want to fall in love and I have never paid for sex. I've never even gotten a lap dance. Actually for a manager or pimp to pay for either of the two is strictly forbidden. On the other hand I have plenty of square friends that do frequent strip clubs and bachelor parties. Without their knowledge they have played a huge part in my career as an escorting manager and they don't even know. Seems I'm always hooking them up with girls of whom they get to have one night stands with. Once again I remind you, they have no clue that I am in the sex industry. I have a friend named Jerrod. I always throw pussy his way. He must think he's the luckiest guy on earth. Only if he knew the truth! *Rapper Lil Wayne* said it best on his song called *"Let the Beat Build"* "What's yo plan - You ain't a pimp unless you get that same bitch to fuck yo man" I don't do this often, however I have been known to test the waters of my new girls with my square friends. I do this strictly for trust assurance and to make sure the girl won't freeze up or bail out during her first date. Simply put, the girl thinks the client paid me directly and my friend thinks the girl is just a horny old buddy visiting town for the night looking for some fun.

At the end of the day everyone wins. My secret life is still concealed, my friend gets laid and I've got a new girl who will go on to make me lots and lot of money.

Robert De Niro said it best when he played his character Lorenzo in the 1993 film -*A Bronx Tale*. *"Sometimes in the heat of passion, the little head tells the big head what to do."*

Me personally acting as a manager, I love when the little head controls the big head. I instill it into my girls' heart and soul to take advantage of a man's erection. When a man is sexually aroused he will do almost anything just to get his nut. Depending on the client, donation and town, chances are the guy will typically fork over a little extra cash to guarantee she finishes him off properly. No man wants to walk around with blue balls! Truth of the matter is most tricks are willing to submit to your lady's every command just to ensure his happiness.

Furthermore this is the type of game that I've given to my stable. I tell them they should get to know their client and find his weakness. If he doesn't have a fetish or fantasy, than create one for him. Find out if he's married and what type of work he does. Always try to book your next date with him even while you're in your current session. Do remember, having a repeat client takes the guess work out of the whole is he an undercover cop, cheap skate and screening process. With that being said, make sure you run game, don't let the game run you.

"You have to learn the rules of the game, and then you have to play better than anyone else." - Albert Einstein

## CHAPTER 32
"Persistence is the Key"
So, it seems 10, 000 more words to go and my book, this very book you are holding in your hands right now will be complete. Speaking of the game, how can something that I love so dearly be the same thing that's pushing me away? This has been a long journey. I once heard someone say, "Strife and Struggle comes before Success even in the dictionary." If that's the case well, I feel like the underworld business of escorting has prepared me for corporate society. I know I could easily run the marketing department for any Fortune-500 company. Just thinking about an early retirement from the game has got me feeling like "The Champ," but at the same time its bitter sweet.

I've always been a very meticulous manager, and I've always been hard on a bitch. However it's been done with tough love and adoration. OCD has played a huge part with my career in the escort biz. People with OCD "Obsessive Compulsive Disorder" tend to keep going at things until that certain feeling of unevenness goes away. They keep trying and trying until they feel in their heart of hearts that they've gotten it right. Well for me my OCD was centered around money and success. It's like I had to make 2k per day and if I didn't, my whole day felt like it was a bit off. If my girl didn't check me all my money in complete numeric order from 5 dollar bills on the bottom, to tens, twenties, fifties and hundreds on the top, then I let her hear it and oh she got it good. It's not that I'm superstitious, I just believe in order. I believe that if you're good to the game, then in return the game will be good to you.

I believe that if you go after something wholeheartedly with enthusiasm, passion and commitment then you will accomplish what you set out to do. This applies to anything in life. For example, you are reading this book right now! However just earlier in the chapter I mentioned, I still had 10,000 more words to go. This just goes to show that if you have faith and a real plan that you can actually put into action, well as you can see, the proof is here. Your eyes are following these words right?

I have no publisher, no editor and my laptop just crashed. I am using my main girl Emma's computer just to finish this chapter. It's ok! I couldn't let my computer's operating system crashing slow me down. I have to keep on going! Here I am an ex-felon, ex-dope dealer and even though I declare "I'm NOT a pimp," I am sure there are some people in society that would think otherwise, however despite all of this, my book will sale and do well, extremely well. This is persistence at its best!

*"Nothing in this world can take the place of persistence. Talent will not; nothing is more common than unsuccessful people with talent. No one was ever honored for what he received; Honor has always been the reward for what he gave and persisted in."*
*-Calvin Coolidge*

**CHAPTER 33**
*"Decisions - Decisions"*
I have seen a lot during my stint as an escort manager, rivers of tears from girls who have poured out there heart to me. Most of their cries stem from needed attention. I don't sweat females. I love sex but money comes first, so for me to have intercourse with one of my ladies is a special treat for them. I'm not going to act as if it's all been perfect either, like my heart isn't distressed behind some of the ladies that I've worked with. So many women have come into my life and I really wanted all of them to be successful. However due to their drug dependence, fast money and the emotional factors that have an effect on this industry, they've simply come and gone, never to be heard from again.

The less attention I give my lady, the more she will crave me. Her whines and whimpers come from long overworked days. As if daddy showing attention to the new girl wasn't enough. In addition she hast to deal with fat-smelly tricks and extremely big dicks all day. I feel your pain baby. My head is throbbing even as I reflect back on my first girl Cloey. It's like all we have are our moments and I made the best possible decisions on what I felt was right at that time. At that point in time I did the best I could do. That's life in general. If you were to ask - "Did I give my all or tried my hardest in this game?" My answer would be yes, besides it's too late to go back and make changes now.

When I was ten years old one of my friends died in a fire. Her house went up in flames. She lived in the meanest hood and because it was the ghetto and a rough part of town, the home had bars on all of the windows, the front and back doors. On this particular morning however her mom had accidentally taken the wrong keys with her to work leaving my friend and her

baby sister locked in from the inside. Around noon the hot water heater busted and "Boom!" The inferno started. My friend grabbed her little 18 month old sister and searched for an exit. Through the haze my friend was able to get the front door open, however due to the bars on the screen door she couldn't budge the gate. My friend panicked and with all of her might and adrenaline she was able to force her sister through one of the small spaces between the metal bar rod and onto the front porch. Less than a minute later my friend suffocated to death. I ran into my friend's sister last time I was home. She's 21 now and doing well. Reflecting on that fiery day she told me that her sister had made the best possible decision she could have made at that particular time, and as a result it saved her life.

As humans we do what we think is best at that particular moment. In the beginning I felt as if my merge into the escort game was best. "I did what I thought was best, At That Moment!"

*"We can try to avoid making choices by doing nothing, but even that is a decision." -Gary Collins*

## CHAPTER 34
*"Positive Thoughts"*

I've got to keep a positive outlook, although lately it feels like a task. I've got to remain cool. I can't let my girls catch me walking around sad and depressed. Energy reflects energy. Simply put, the happier I am, the more money she will make. There's a lot going on with the game right now. My reflections can only imagine how P.Diddy felt when he expressed his feelings in Biggie's song "Victory" *"It's all fucked up now - What I'm a do now, huh? What I'm supposed to do now - It's all fucked up now!"*

I feel like once I release this book, I'll have no choice but to exit the game. I'm done with her, I love her but she's no longer good for me. Business is slow, law enforcement is everywhere and they're conducting bigger and more strategic stings, my new girl just bounced and my main girl caught VD for the 3rd or 4th time. Thank God it wasn't worse.

There are so many things that could potentially demotivate my spirits. However I can't let that happen. I am the type of person that distances myself from negativity. Keeping positive thoughts can be hard, but it's the only way I can move forward.

Even when I recruit a new girl, I always name her after women whom have had a positive impact in my life. Ya know, like an old teacher, the first girl I ever kissed. It's usually someone from my past who was good to me. I don't do that old ghetto naming shit like calling my girl diamond or bubbles. Nahh, I give my girls good positive names and in most cases those are the ones that go on to do well and usually end up making lots of money.

See, I am a strong believer in positivity. Even if you have to fake a smile during your darkest hour, Do it. Chances are on the sixty-first minute, that same smile will become genuine.

*"The pessimist sees the difficulty in every opportunity; an optimist sees the opportunity in every difficulty." -Winston Churchill*

## CHAPTER 35

*"The Farewell"*

Letting go of the game is probably the hardest part to the game. No matter how much you legitimize your business you're still living that life! You're in-captured in the lifestyle. It's the pursuit of quick money and the lump sum of fast dollars. Do remember, "Fast money spends fast," I repeat "Fast Money Spends Fast!" "All big asses deflate and all firm tits do sag eventually." Nothing last forever!

I am writing this chapter at the Westin Hotel in downtown Seattle, next to probably one of the prettiest girls I've ever laid eyes on. She's made me 30k in 30days, what more could I ask for? It's time man, time for change. When I first got into this game I was homeless, living in a hostel and selling my CDs on Hollywood Blvd. I remind you, just years prior to that I was facing a life sentence for armed robbery and possession of a controlled substances. You see, escorting, pimping, the sex industry or whatever you want to call it has changed my life for the better. It really has!

This is why I applaud cities like Holland and Prague and State's such as Nevada that allow for legalized prostitution. Escorting is nothing like drugs or acts of violence. This is love at its best. We are keeping the rapist and molesters from acting out. Countless times escorts have told me that they've saved marriages and given confidence to lonely single men. Forget Dr. Phil being a psychologist, he would have made a better pimp.

Although some would argue differently, yet and still I proclaim "I'm Not a Pimp!" I'm simply a tycoon, a young business fellow and a guy that does what he can to provide for his family and friends. Oh yeah, I guess now I'm an author too. Feels good!

*Peace, Love & Prosperity.*

**Final Quote,**
*"Writing is just like prostitution. First you do it for love, and then for a few close friends, and then for money." -Moliere*

**Epilogue**

I figured out that you can't have a square girlfriend and a working girl at the same time. It's just not possible! It's one thing to divide my time between my legit affairs and my stable but its whole-other thing to act like "I'm not that guy." It's unhealthy, especially when trying to keep up with appearances. I know she'd never speak to me again if she knew what my true profession was. Where do I go from here? There is no rehab for ex-pimps or managers who've decided to get out of the game by following their own will. Emma loves me and all of my ex-girlfriends hate me. The saints pray for me and the pimps come to me for advice. The whores want to call me daddy and sadly there's no going back in the game for me now. I guess I'll just keep writing and keep fighting to be the very best I can be.

*-Denial of a Pimp*

Produced Pursuant to Protective Order