Gerald M. Needham, OSB # 96374
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204-3228
Tel: (503) 326-2123
Fax: (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:14-cr-00045-KI** |
| **Plaintiff,** | **MOTION TO RELIEVE COUNSEL FROM FURTHER REPRESENTATION AND FOR THE APPOINTMENT OF CRIMINAL JUSTICE ACT COUNSEL** |
| **v.** | |
| **TAQUARIAS KAREAM FORD,** | |
| **Defendant.** | |

NOW COMES Taquarias Kaream Ford, through his attorney, Gerald M. Needham, and moves the Court to relieve the undersigned counsel from further representation and for the appointment of a Criminal Justice Act Panel attorney.

Mr. Ford has been indicted for one count of Sex Trafficking Conspiracy in violation of 18 U.S.C. § 1591(a)(1) and (b)(1) and § 1594(a) and (c), and one count of Sex Trafficking by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1591(a)(1) and (b)(1) and § 1594(a) and (c). The Indictment contains a criminal forfeiture allegation. The government has advised counsel that they have obtained a Superseding Indictment. Mr. Ford has yet to be arraigned on that.

Counsel and Mr. Ford maintain a productive attorney/client relationship. A conflict of interest, however, has arisen that precludes the Federal Defender's office from further representation of Mr. Ford. Counsel has reviewed the Oregon Rules of Professional Conduct and consulted with the Deputy Federal Defender and has determined that further representation of Mr. Ford would be inappropriate. Criminal Justice Act Panel Attorney Laurie Bender has agreed to undertake the representation of Mr. Ford.

Based on the aforementioned, counsel moves to relieve the Federal Public Defender's Office from further representation of Mr. Ford and for the appointment of Criminal Justice Act Panel Attorney Laurie Bender to represent Mr. Ford in the above-captioned action, effective this date.

RESPECTFULLY SUBMITTED this August 12, 2014.

*/s/ Gerald M. Needham*
Gerald M. Needham
Attorney for Defendant